IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NKOSI CHAMBERLAIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:17-CV-664-WKW |
| SHERIFF RUSSELL THOMAS, | ) [WO] |
| | ) |
| Respondent. | ) |
| | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 11.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 11) is ADOPTED;

2. This action is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 28th day of February, 2018.

                          /s/ W. Keith Watkins
                CHIEF UNITED STATES DISTRICT JUDGE